AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:25-mj-00169 |
| Phillip Alphonso Mayes | ) | Assigned To: Judge Harvey, G. Michael |
| DOB: ▮▮▮ | ) | Assign. Date: 8/24/2025 |
|  | ) | Description: COMPLAINT W/ARREST WARRANT |
|  | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 23, 2025** in the county of **Washington** in the District of **Columbia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Section 922(g)(1) | Unlawful Possession of a Firearm and Ammunition |
| 18 USC Section 922(g)(1) | Unlawful Possession of a Firearm and Ammunition |
| 22 DC Code Section 405(c) | Assault on a Police office |

This criminal complaint is based on these facts:

See attached Statement of Facts.

☑ Continued on the attached sheet.

*Complainant's signature*

Steven Weatherhead, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/24/2025

*Judge's signature*

City and state: Washington, DC    G. Michael Harvey, Magistrate Judge
*Printed name and title*