AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America
v.
Phillip Alphonso Mayes

*Defendant*

)
)
)
)
)
)
)

Case: 1:25-mj-00169
Assigned To: Judge Harvey, G. Michael
Assign. Date: 8/24/2025
Description: COMPLAINT W/ARREST WARRANT

**RECEIVED**
By USMS District of Columbia District Court at 1:04 pm, Aug 25, 2025

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Phillip Alphonso Mayes,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

   18 USC Section 922(g)(1) - Unlawful Possession of a Firearm and Ammunition
   18 USC Section 922(g)(1) - Unlawful Possession of a Firearm and Ammunition
   22 DC Code Section 405(c) - Assault on a Police Officer

Date:    08/24/2025

*Issuing officer signature*

City and state:    Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 8/25/2025, and the person was arrested on *(date)* 8/26/2025
at *(city and state)* Washington, DC.

Date: 8/26/2025

*Arresting officer's signature*

J. Hans Dysn
*Printed name and title*